IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 JUN -2 PM 3:22

CLERK J. Hodge
SO. DIST. OF GA.

| | | |
|---|---|---|
| JOSEPH PAYNE, | * | |
| Plaintiff, | * | |
| v. | * | CV 319-080 |
| WALMART, | * | |
| Defendant. | * | |

**O R D E R**

On May 19, 2020, the Court granted Defendant Walmart's motion to dismiss and closed the case. (Doc. No. 23.)  Presently, Plaintiff Joseph Payne has filed a motion for reconsideration.

A motion for reconsideration filed within 28 days of the entry of judgment is considered under Federal Rule of Civil Procedure 59(e). See Mahone v. Ray, 326 F.3d 1176, 1178 n.1 (11th Cir. 2003).  "The only grounds for granting a rule 59(e) motion are newly discovered evidence or manifest error of law or fact." Arthur v. King, 500 F.3d 1335, 1343 (11th Cir. 2007).  A Rule 59(e) motion is not intended as a vehicle to re-litigate old matters, raise new arguments or present evidence that could have been raised prior to the entry of judgment.  Michael Linet, Inc. v. Village of Wellington, Fla., 408 F.3d 757, 763 (11th Cir. 2005).

Here, Plaintiff has presented no new evidence nor has he advanced any ground that would warrant reconsideration of the dismissal order. Accordingly, the motion for reconsideration (doc. no. 25) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE